UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ELEANOR MOFFETT<br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN ANTONIO, and<br>STABILITY STAFFING AND<br>CONSULTING, LLC<br>    Defendants. | Civil Action No. 5:21-cv-00722-JKP |

## STIPULATION OF DISMISSAL

All the parties who have appeared in this action—Eleanor Moffett, the City of San Antonio, and Stability Staffing and Consulting, LLC—hereby stipulate to dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Respectfully submitted,

    MAREK, GRIFFIN & KNAUPP
    203 N. Liberty Street
    Victoria, Texas 77901
    (361) 573-5500 [Tel.]
    (361) 573-5040 [Fax]

    By:    */s/ Robert E. McKnight, Jr.*
            John W. Griffin, Jr.
            State Bar No. 08460300
            Robert E. McKnight, Jr.
            State Bar No. 24051839
            jwg@lawmgk.com
            mcknightr@lawmgk.com

    **Attorneys for Plaintiff**

Fitzpatrick & Kosanovich, P.C.
P.O. Box 831121
San Antonio, Texas 78283-1121
(210) 408-6793
(210 408-6797 – Facsimile

    /s/ *Mark Kosanovich*
    MARK KOSANOVICH
    SBN: 00788754
    Mk@fitzkoslaw.com

And

Office of the City Attorney for the City of San Antonio, Litigation Division
203 S St. Mary's St, 2nd Floor
San Antonio, Texas 78205
(210) 207-8918
(210) 207-4357 – Facsimile

    ROSA K. PHIFER
    Assistant City Attorney
    SBN: 24074890
    Rosa.Phifer@sanantonio.gov

**Counsel for Defendant,
City of San Antonio**

Tessmer Law Firm, PLLC
7550 IH 10 W, Suite 1201
San Antonio, Texas 78229
(210) 368-9708
(210) 369-9729 – Facsimile

HEATHER CLEMENT TESSMER
SBN: 24013619
Katherine Cabellos-Flores
State Bar No. 24113660
Mariana Trevino
State Bar No. 24121064
service@tessmerlawfirm.com

**Counsel for Defendant, Stability Staffing and Consulting, LLC**

## Certificate of Service

I certify that a true and correct copy of this document has been served upon the Counsel for the Defendants through the Court's ECF system on July 12, 2022

*/s/ Robert E. McKnight, Jr.*